**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2265**

JOSEPH M. RUSSELL,

                Plaintiff - Appellant,

        v.

MICHAEL P. MCWEENY; COMMONWEALTH OF VIRGINIA; VICTOR ELION,
P.H.D.,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Jerome B. Friedman,
District Judge.  (4:08-cv-00063-JBF-JEB)

Submitted: January 15, 2009        Decided: January 21, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph M. Russell, Appellant Pro Se.  Christy  Monolo, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; William
Norman Watkins, SANDS, ANDERSON, MARKS & MILLER, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph R. Russell appeals the district court's order dismissing his civil complaint pursuant to District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983), and Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Russell v. McWeeny, No. 4:08-cv-00063-JBF-JEB (E.D. Va. Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED